IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HUBERT RIVAS-GRANADOS, | * | |
| Petitioner, | * | CRIMINAL NO. 11-00152-CG-B |
| | * | CIVIL ACTION NO. 15-0474-CG-B |
| vs. | * | |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Rivas-Granados' Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 573) be **DENIED**, and that Rivas-Granados is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this 1st day of November, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE